[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 01-1148

ALLAN G. EDWARDS, JR.,

Plaintiff, Appellant,

v.

GLEN A. BARTON, ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard G. Stearns, U.S. District Judge]

---

Before

Boudin, Chief Judge,
Selya and Lynch, Circuit Judges.

---

Allan G. Edwards, Jr. on brief pro se.
Louis M. Ciavarra, James P. Hoban and Bowditch & Dewey, LLP, on brief for appellees.

---

September 26, 2001

---

**Per Curiam**. Appellant Allan G. Edwards, Jr. appeals from the dismissal of his complaint filed against Caterpillar Corporation, the Chairman and C.E.O. of Caterpillar, Caterpillar Financial Services Corporation, and three employees of Caterpillar Financial Services. After carefully reviewing the record and the briefs of the parties, we affirm the judgment of the district court for essentially the reasons stated in its Memorandum and Order, dated November 28, 2000. We add only that there is clearly no specific personal jurisdiction over any of the appellees – the events in question in the appellant's suit all occurred at distant locations –  and that the record contains no facts upon which a claim of general personal jurisdiction might be premised.

Affirmed. See Local Rule 27(c).